UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 24-10822

v.

Honorable Nancy G. Edmunds

DORON KRAMER, a/k/a,
DONALD KRAMER a/k/a
DON KRAMER, individually and as
Trustee of the KRAMER
CHRISTIAN TRUST, and as defacto
personal representative and/or
potential heir and/or distributee of
THE ESTATE OF RICHARD
KRAMER; and OAKLAND COUNTY
TREASURER, STATE OF MICHIGAN,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 44)
AND GRANTING MOTION FOR DEFAULT JUDGMENT (ECF No. 26)**

    The Government filed this action against Defendant Doron Kramer to collect on a judgment arising from civil penalties owed for failing to timely file Reports of Foreign Bank and Financial Accounts, to collect delinquent tax liabilities and penalties, and to set aside an allegedly fraudulent transfer of property. Pretrial matters were referred to the Magistrate Judge and the Court now considers the Report and Recommendation (R&R) (ECF No. 44) recommending that Plaintiff's motion for default judgment against Defendant (ECF No. 26) be granted. The Court notes that Defendant did not file timely objections to the R&R.

    This Court agrees with and adopts the thorough analysis conducted and recommendation made by the Magistrate Judge. Now, therefore, for the reasons

provided by the Magistrate Judge, the recommendation to grant Plaintiff's motion for default judgment as to Doron Kramer is adopted as an order of the Court.

    IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 44) is adopted by the Court.

    IT IS HEREBY FURTHER ORDERED that the pending motion for default judgment (ECF No. 26) is GRANTED.

                              <u>s/Nancy G. Edmunds</u>
                              Nancy G. Edmunds
                              United States District Judge

Dated: January 28, 2026